IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Criminal Case No. 05-cr-00467-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

2. JESUS VERA-FIGUEROA,

Defendant.

---

## STIPULATION AND ORDER REGARDING
## CUSTODY OF EXHIBITS

---

It is stipulated that at the conclusion of the hearing counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this _15-th_ day of May 2006.


BY THE COURT:

_____
LEWIS T. BABCOCK, CHIEF JUDGE
United States District Court


_____          _____
Attorney for Government                                    Attorney for Defense