# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00467-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    JESUS VERA-FIGUEROA, a/k/a Jesus Figueroa-Mendoza, a/k/a Ruben Flores-Hernandez, a/k/a Antonio Florez-Perez, a/k/a "Chuy",

    Defendant.

_____

# MINUTE ORDER
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    The Government's Motion to Continue Change of Plea Hearing (Doc No. 455) is DENIED AS MOOT.

DATED: July 31, 2006
_____